1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE J. SMITH** | Case No. CIV-09-709 EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 29, 2009 to January 8, 2010.    This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: October 29, 2009           */s/Bess M. Brewer*
                                  BESS M. BREWER
                                  Attorney at Law

                                  Attorney for Plaintiff


Dated:October 29, 2009            Lawrence G. Brown

                                  Acting United States Attorney

                                  /s/ *Shea Lita Bond*
                                  SHEA LITA BOND
                                  Special Assistant U.S. Attorney
                                  Social Security Administration

                                  Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED:  November 2, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2