IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE J. SMITH,

      Plaintiff,                             No. CIV S-09-0709 EFB

     vs.

MICHAEL J. ASTRUE,                   ORDER
Commissioner of Social Security,

      Defendant.
_____/

       On February 25, 2010, this court ordered plaintiff to show cause why this case should not be dismissed and why plaintiff and/or plaintiff's counsel should not be sanctioned as a result of plaintiff's failure to timely file a motion for summary judgment and/or remand. Dckt. No. 21. On March 26, 2010, plaintiff filed a response to the order to show cause, indicating that the failure was inadvertent and negligent, requesting leave to file a late summary judgment motion, and stating that opposing counsel did not oppose the late filing. Dckt. No. 22. Also, on March 29, 2010, plaintiff filed a motion for summary judgment. Dckt. No. 23. In light of plaintiff's filings, the request for leave to file a late summary judgment motion is granted and the February 25, 2010 order to show cause is discharged.

       SO ORDERED.

DATED: April 5, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE