BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134
Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHRISTINE SMITH,                  ) | Case No. 2:09-cv-709 EFB |
| Plaintiff,   ) | **STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and** |
| v.            ) | |
| MICHAEL J. ASTRUE,                ) Commissioner of Social Security,   ) | **REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |
| Defendant.   ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to take the following action:

The ALJ will not disturb the favorable portion of decision. The ALJ will be directed to fully develop the record for the period prior to February 21, 2008. Specifically, the ALJ will further evaluate the evidence, including claimant's subjective complaints and credibility as well as the third party statements of her sister; reconsider the claimant's maximum RFC; and call on the services of a medical expert to review the evidence and assist in determining whether the

claimant's onset date of disability was earlier than February 21, 2008, in accordance with Social Security Ruling 83-20.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: May 26, 2010              /s/ *Bess Brewer*
                                 (As authorized via email)
                                 BESS BREWER
                                 Attorney for Plaintiff

Dated: May 26, 2010              BENJAMIN B. WAGNER
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ *Shea Lita Bond*
                                 SHEA LITA BOND
                                 Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: May 27, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

- 2 -