IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINE J. SMITH,

        Plaintiff,                    No. CIV S-09-0709 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.              ORDER
_____/

       Pending before the court is plaintiff's motion for an award of attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Plaintiff seeks fees based on 2.15 hours in 2009 and 28.5 hours in 2010 at the rate of $172.24 per hour for attorney time, for a total amount of $5279.15. Dckt. No. 30. Defendant does not oppose the fee request, but contends that any fees must be made payable to plaintiff and not her attorney pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2010 WL 2346547 (2010).

       The EAJA directs the court to award a reasonable fee. In determining whether a fee is reasonable, the court considers the hours expended, the reasonable hourly rate and the results obtained. *See Commissioner, INS v. Jean*, 496 U.S. 154 (1990); *Hensley v. Eckerhart*, 461 U.S. 424 (1983); *Atkins v. Apfel*, 154 F.3d 986 (9th Cir. 1998). In light of defendant's non-opposition to plaintiff's fee request, the request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney's fees, Dckt. No. 30, is granted;

2. Plaintiff is awarded attorney's fees under the EAJA in the amount of $5279.15; and

3. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2010 WL 2346547 (2010), any payment shall be made payable to plaintiff and delivered to plaintiff's counsel, unless plaintiff does not owe a federal debt.  If the United States Department of the Treasury determines that plaintiff does not owe a federal debt, the government shall accept plaintiff's assignment of EAJA fees and pay fees directly to plaintiff's counsel.

DATED: March 16, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE